■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RIVERA, Appellant. [641 NYS2d 551] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered February 22, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in refusing the defendant's request for a substitution of counsel *(see, People v Nunez,* 186 AD2d 764; *People v Maldonado,* 178 AD2d 554; *People v Moore,* 153 AD2d 702).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Pizzuto, Joy and Krausman, JJ., concur.